1 Tanya E. Moore, SBN 206683
MOORE LAW FIRM, P.C.
2 332 North Second Street
San Jose, California 95112
3 Telephone (408) 298-2000
Facsimile (408) 298-6046
4 E-mail: tanya@moorelawfirm.com

5 Attorney for Plaintiff
Natividad Gutierrez

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| NATIVIDAD GUTIERREZ, | ) No. 1:13-cv-01224-LJO-GSA |
|---|---|
| Plaintiff, | ) **STIPULATION FOR DISMISSAL OF ACTION; ORDER** |
| vs. | ) |
| BALWINDER SINGH DHALIWAL, individually and dba BOSS FOOD & LIQUOR, | ) |
| Defendant. | ) |

1      IT IS HEREBY STIPULATED by and between Plaintiff Natividad Gutierrez and Defendant Balwinder Singh Dhaliwal, individually and dba Boss Food & Liquor, the parties to this action, by and through their respective counsel, that pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), the above-captioned action be dismissed with prejudice in its entirety.  Each party is to bear its own attorneys' fees and costs.

Dated: November 8, 2013              MOORE LAW FIRM, P.C.


                                     */s/ Tanya E. Moore*
                                     Tanya E. Moore
                                     Attorney for Plaintiff
                                     Natividad Gutierrez


Dated: November 8, 2013              */s/ Bruce A. Neilson*
                                     Bruce A. Neilson
                                     Attorney for Defendant
                                     Balwinder Singh Dhaliwal, individually
                                     and dba Boss Food & Liquor


**ORDER**

   The parties having so stipulated,

   IT IS HEREBY ORDERED that this action be dismissed with prejudice in its entirety. Each party shall bear its own attorney's fees and costs.  The clerk is directed to close this action.


IT IS SO ORDERED.

   Dated:   **November 8, 2013**              **/s/ Lawrence J. O'Neill**
                                              UNITED STATES DISTRICT JUDGE